```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24028
    ROSEMARY BENNETT
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7116


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 06/16/05 and confirmed on 10/12/05.

      2.  The case was dismissed after confirmation, 07/20/2007.

      3.  The Debtor paid a total of $   4110.00 .

      4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG        .00             .00             .00
LITTON LOAN SERVICING IN MORTGAGE ARRE    2040.80             .00         2040.80
KIA FINANCIAL            UNSECURED        6904.14             .00             .00
WOLFE WOLFE & RYD        UNSECURED       11500.00             .00             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2040.80          .00      18404.14         .00       20444.94
PRINCIPAL PAID      2040.80          .00           .00         .00        2040.80
INTEREST PAID           .00          .00           .00         .00             .00
TOTAL PAID          2040.80          .00           .00         .00        2040.80
The Debtor's attorney, SCHOTTLER & ZUKOSKY           , was allowed $   2200.00
and was paid $    306.00  direct and $   1894.00  through the plan.

The Trustee received $    175.20 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 10/11/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 24028 ROSEMARY BENNETT
```